UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Delores M. Rasmussen                          CIVIL 10-00152 PAM/AJB

             Plaintiff,                   **ORDER OF DISMISSAL**

v.

Wells Fargo Bank, N.A., et al
*as successor; in interest to World Savings Bank, FSB,*

             Defendants.

-------------------------------------------------------------------------------------------

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: May   26  , 2010

                                                    s/Paul A. Magnuson
                                                    Paul A. Magnuson**,** Judge
                                                    United States District Court