UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Delores M. Rasmussen,

                                                Case No. 10-cv-152 (PAM/AJB)

              Plaintiff,

                                                **ORDER OF DISMISSAL**
                                                **WITH PREJUDICE**

v.

Wells Fargo Bank, N.A., as successor
In interest to World Savings Bank, FSB,
JOHN & JANE DOES 1 — 10

              Defendants.

_____

       This matter came before the Court on the stipulation of the plaintiff and defendant Wells Fargo Bank, N.A., as successor in interest to World Savings Bank, FSB for an order dismissing all of the plaintiff's claims against Wells Fargo in this case with prejudice and on the merits.  Based on the stipulation between the plaintiff and Wells Fargo, and all the other files, records, and proceedings herein,

       IT IS HEREBY ORDERED that all claims in this case are hereby DISMISSED in their entirety, on the merits and with prejudice.  The plaintiff and defendant shall each bear their own costs and attorneys' fees.

       SO ORDERED.

Dated:  __May  11__ , 2011                                      s/Paul A. Magnuson
                                                                        Paul A. Magnuson
                                                                        Judge of U.S. District Court